# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

SEP - 7 2016

David J. Bradley, Clerk of Court

No. 16-41048

MARY ANN PENA; MELISSA PENA,

    Plaintiffs - Appellees

v.

CCC TRANSPORTATION, L.L.C.; JAMES P. GEDENBERG,

    Defendants - Appellants

Certified as a true copy and issued
as the mandate on Sep 07, 2016

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of September 07, 2016, pursuant to appellants' unopposed motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT