# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 07, 2016

United States Courts
Southern District of Texas
FILED

SEP - 7 2016

David J. Bradley, Clerk of Cour.

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

    No. 16-41048    Mary Pena, et al v. CCC Transportation, L.L.C., et al
                       USDC No. 2:14-CV-106

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Dawn M. Shulin, Deputy Clerk
                       504-310-7658

cc w/encl:
    Ms. Judith Falcon Alvarez
    Mr. Thomas J. Henry
    Mr. Richard Russell Hollenbeck